UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-60892-CIV-MORENO**

RAY MOBLEY, JR.,

      Plaintff,

vs.

PARA'KITO USA CORPORATION d/b/a
PARA'KITO,

      Defendant.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART MOTION TO ALTER JUDGMENT

THIS CAUSE came before the Court upon Motion to Alter Judgment **(D.E. 13)**, filed on **August 18, 2020**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED IN PART and DENIED IN PART. Plaintiff's motion for the Court to reconsider counsel's fee is **DENIED**, but its motion to have the Defendant directly pay the $3,400 in dispute is **GRANTED**. Plaintiff's counsel shall inform the Court when such payment is made to Plaintiff.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th of March 2021.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to: